IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WARREN MORRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACQUELINE LASHBROOK, MICHAEL D. )<br>SCOTT, and LIEUTENANT WALLS, )<br>)<br>Defendants. ) | Case No. 3:16-cv-924-NJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion Requesting Court Order (Doc. 43), the Motion for Production of Documents (Doc. 44), and the Motion for Subpoena (Doc. 48) filed by Plaintiff, Warren Morris.

Prior to discussing these Motions, the Court notes that Plaintiff filed an amended complaint on February 9, 2017 (Doc. 39). Defendants were directed to respond to the amended complaint consistent with Federal Rule of Civil Procedure 12 (Doc. 37).[1] A responsive pleading, as to Defendants Lashbrook and Scott, was due on February 23, 2017. As of the date of this Order, no responsive pleading has been filed. Defendants are *sua sponte* **GRANTED** until **March 29, 2017** to file a responsive pleading. It is unlikely that an extension will be granted absent extraordinary circumstances.

Plaintiff's request for law library access is **DENIED** (Doc. 43). This Court does not manage the prison's procedures related to access to its law library. If Plaintiff requires additional time to file or serve motions, respond to motions, or respond to other documents, he may file

---

[1] The Court erroneously indicated that Rule 12 governed a response to an amended complaint. The correct citation should have been to Rule 15(a)(3), which requires a response to an amended pleading within 14 days of service.

reasonable motions for extension of time. If Plaintiff has upcoming deadlines, he should inform prison authorities so that library access could be scheduled accordingly.

Plaintiff's request for copies of Exhibits 1 and 2 to the original complaint (Doc. 1) is **GRANTED**. The Clerk of Court is **DIRECTED** to send to Plaintiff copies of the exhibits along with this Order. At this time, Plaintiff is no required to pay a copying fee. However, any future requests for copies will require payment of a copying fee, which currently is $0.50 per page.

Finally, Plaintiff's request for a subpoena for logs that would identify a John Doe is **DENIED WITHOUT PREJUDICE** as premature (Doc. 48). There currently are no John Doe Defendants in this matter. However, Plaintiff has sought leave to amend the complaint in order to add such a John Doe. That motion has not been ruled upon. Once a ruling has been made, Plaintiff may refile this motion, if necessary.

**DATED: March 23, 2017**

**DONALD G. WILKERSON**
**United States Magistrate Judge**